ANNA DAVIES v. LOUISE F. STUMPF and Another, Impleaded with W. CLIFFORD RODERICK.— Motion for resettlement of order entered in this court October 31, 1941 [ante, p. 499], denied without prejudice. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

CHARLES S. SCHOLEN, as Limited Administrator c. t. a., etc., of FREDERICK B. AEBLY, Deceased, v. GUARANTY TRUST COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore and Callahan, JJ.

In the Matter of Proving the Last Will and Testament of LOUIS LUBINSKY, Deceased. CELIA LEVINE; ROSE L. LEVITT; MOLLIE LUBINSKY and Others.— Motion for resettlement of order of this court entered October 17, 1941, granted. [See ante, p. 1003.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CHARLES FEILER v. L. HUGHE MELTZER, Individually and as President of Poultry Schochtim Union of Greater N. Y., Local #370, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of Supplementary Proceedings: ARTHUR A. BEAUDRY, Judgment Creditor, Respondent, v. CHARLES E. VOUGA, Judgment Debtor, Impleaded with JULES F. WANGLER, Judgment Debtor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of EDWARD W. BROWNING, Deceased, for an Order to Discover Money and Property Withheld, Pursuant to Section 205 of the Surrogate's Court Act. TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of EDWARD W. BROWNING, Deceased. LAWRENCE REISS and COAL CONTRACT CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## SECOND DEPARTMENT, NOVEMBER, 1941.
### (November 3, 1941.)

In the Matter of the Application of GEORGE BERNARD PIDOT for Admission to Practice as an Attorney and Counsellor at Law. (From the State of Illinois.) — Application granted. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.